# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Balderson and Cherie Balderson <br> <u>Debtor(s)</u> | BKY. NO. 15-02783 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2979

                         Respectfully submitted,

                         <u>**/s/ Thomas Puleo**</u>
                         Thomas Puleo, Esquire
                         James C. Warmbrodt, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 825-6306  FAX (215) 825-6406
                         Attorney for Movant/Applicant