In re:                                                    Case No. 15-02783-RNO
David Balderson                                           Chapter 13
Cherie Balderson
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini          Page 1 of 1          Date Rcvd: Aug 08, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db/jdb        +David Balderson,    Cherie Balderson,   34 S. Broad St,   New Freedom, PA 17349-7917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,   dehartstaff@pamd13trustee.com
              Howard  Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
              229ecf@glpoc.comcastbiz.net
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank NA pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor David   Balderson general.dearmondlaw@gmail.com,
              G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Cherie   Balderson general.dearmondlaw@gmail.com,
              G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID BALDERSON | : | |
| CHERIE BALDERSON | : | |
| Debtor(s) | : | CASE NO.  1:15-BK-02783RNO |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 57 |
| | : | |
| vs | : | |
| | : | |
| DAVID BALDERSON | : | |
| CHERIE BALDERSON | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed August 7, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about July 19, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

Dated: August 8, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(CG)