```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02783-RNO
David Balderson                                                 Chapter 13
Cherie Balderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini            Page 1 of 1           Date Rcvd: Oct 27, 2017
                               Form ID: nthrgreq         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db/jdb         +David Balderson,   Cherie Balderson,   34 S. Broad St,   New Freedom, PA 17349-7917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank NA jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 2 Cherie  Balderson general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 1 David  Balderson general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Balderson
Cherie Balderson
**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−02783−RNO

Document Number: 61

Charles J DeHart, III (Trustee)
**Movant(s)**

Matter: Debtors Motion to Modify Confirmed Plan and Trustees Objection thereto

vs.

David Balderson
Cherie Balderson
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 30, 2015.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date:** November 29, 2017<br>**Time:** 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 27, 2017 |