```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 15-02783-HWV
David Balderson                                                   Chapter 13
Cherie Balderson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: 3180W             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +David Balderson,    Cherie Balderson,    34 S. Broad St,   New Freedom, PA 17349-7917
4664989        +Balderson Cherie,    34 S Broad St,   New Freedom, PA 17349-7917
4664988        +Balderson David,    34 S Broad St,   New Freedom, PA 17349-7917
4664993        +Bank Of America,    PO Box 45144,   Jacksonville, FL 32232-5144
4688423         Bank of America, N.A.,    P.O. Box 940186,   Simi Valley, CA 93094-0186
4676197        +First Financial Federal Credit Union Att:ERG,    1190 W Northern Parkway, #124,
                 Baltimore, MD 21210-1467
4664996         Ford Credit,    PO Box 5420000,   Omaha, NE 68154
4673507         M&T BANK,    PO BOX 1508,   BUFFALO, NY 14240-1508
4665000         Manufactures & Trade,    Ms 501-34 Dorothy Davis 499 Mitchell St,   Millsboro, DE 19966-9408
4665002        +Sears/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: WFFC.COM Apr 16 2020 23:28:00     WELLS FARGO HOME MORTGAGE, LLC,   MAC X7801-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
4664991        +EDI: BANKAMER.COM Apr 16 2020 23:28:00     Bank Of America,   PO Box 15220,
                 Wilmington, DE 19886-5220
4664992        +EDI: BANKAMER.COM Apr 16 2020 23:28:00     Bank Of America,
                 Bldg 600 Fl-900-02-15 9000 Southside Blv,   Jacksonville, FL 32256-6705
4692687         EDI: BL-BECKET.COM Apr 16 2020 23:28:00     Capital One NA,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
4678852         EDI: FORD.COM Apr 16 2020 23:28:00     Ford Motor Credit Company LLC,   Dept 55953,
                 P O Box 55000,   Detroit Mi, 48255-0953
4664994        +E-mail/Text: dstewart@firstfinancial.org Apr 16 2020 19:47:45
                 First Financial Federal Credit Union,    1215 York Rd,   Lutherville Timonium, MD 21093-6207
4664995         E-mail/Text: dstewart@firstfinancial.org Apr 16 2020 19:47:45
                 First Financial Federal Credit Union,    1215 York Rd,   Lutherville, MD 21093-6207
4664997        +E-mail/Text: bncnotices@becket-lee.com Apr 16 2020 19:47:26     Kohls Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
4664999         E-mail/Text: camanagement@mtb.com Apr 16 2020 19:47:33     M & T Bank,   69 E Forrest Ave,
                 Shrewsbury, PA 17361-1402
4664998         E-mail/Text: camanagement@mtb.com Apr 16 2020 19:47:33     M & T Bank,
                 PO Box 900 Attn: Cbd Team,   Millsboro, DE 19966
4706295         EDI: PRA.COM Apr 16 2020 23:28:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4665003        +EDI: SEARS.COM Apr 16 2020 23:28:00     Sears/CBNA,   PO Box 183082,   Columbus, OH 43218-3082
4665001         EDI: SEARS.COM Apr 16 2020 23:28:00     Sears/CBNA,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
4665004         EDI: CITICORP.COM Apr 16 2020 23:28:00     The Home Depot/CBNA,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
4702850        +EDI: WFFC.COM Apr 16 2020 23:28:00     WELLS FARGO BANK, N.A.,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC# D3347-014,   3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
4665006        +EDI: WFFC.COM Apr 16 2020 23:28:00     Wells Fargo Home Mortgage,   PO Box 10335,
                 Des Moines, IA 50306-0335
4665005         EDI: WFFC.COM Apr 16 2020 23:28:00     Wells Fargo Home Mortgage,   PO Box 14411,
                 Des Moines, IA 50306-3411
4665007        +E-mail/Text: kcm@yatb.com Apr 16 2020 19:47:22     York Adams Tax Bureau,
                 PO Box 15627 1405 N Duke St,   York, PA 17405-0156
                                                                                             TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4664990       ##+DeArmond & Associates of York LLC,   18 S George St Ste 610,   York, PA 17401-1173
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          James  Warmbrodt    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
          Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank NA jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Debtor 2 Cherie  Balderson general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Keith B DeArmond    on behalf of Debtor 1 David  Balderson general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Balderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1860<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cherie Balderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1499<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:15–bk–02783–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Balderson

Cherie Balderson

4/16/20

**By the court:** *(signed)* Henry W. Van Eck

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**