IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| DAVID BALDERSON | |
| CHERIE BALDERSON, | Case No. 1:15-bk-02783-HWV |
| Debtors | |

ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Please be advised that Lawrence V. Young, Esquire of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for the Debtors, David Balderson and Cherie Balderson.

Respectfully submitted,

CGA Law Firm

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| DAVID BALDERSON | |
| CHERIE BALDERSON, | Case No. 1:15-bk-02783-HWV |
| Debtors | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 21, 2024, a true and correct copy of the attached document was served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Jack N Zaharopoulos, Esquire, Trustee | Via CM/ECF |
| Keith B. DeArmond, Esquire | Via CM/ECF |

I certify under penalty of perjury that the forgoing is true and correct.

Dated: 02/21/2024

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02408115/1}