Lawrence V. Young, Attorney  
Board Certified Bankruptcy Specialist  
lyoung@cgalaw.com  
717-718-7110

March 7, 2024

Mr. Terrence S. Miller  
Clerk of the Bankruptcy Court  
Sylvia H. Rambo U.S. Courthouse  
1501 North 6th Street  
Harrisburg, PA 17102

   Re:   **David Balderson**  
           **Cherie Balderson**  
           **Ch.13, Case No. 1:15-bk-02789-HWV**

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| First Financial Federal Credit Union<br>1215 York road<br>Lutherville Timonium<br>MD 21093 | First Financial Federal Credit Union<br>1215 York road<br>Suite #100, Timonium,<br>MD 21093 |

Text

Sincerely,


/s/Lawrence V. Young  
Lawrence V. Young  
LVY/im