Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 7, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **David Balderson**
**Cherie Balderson**
**Ch.13, Case No. 1:15-bk-02789-HWV**

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| SEARSCBNA<br>PO BOX 183082<br>Columbus, OH 43218 | SEARSCBNA<br>388 Greenwich St, New York, NY<br>10013-2362 |

Text

Sincerely,


/s/Lawrence V. Young
Lawrence V. Young
LVY/im